UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEANETTE DELEON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:25-cv-05432-MLP<br><br><br><br>ORDER |

    Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Commissioner will further give further consideration to the maximum residual functional capacity; further evaluate the claimant's subjective symptom complaints; offer the claimant the opportunity a new hearing; take any further action needed to complete the administrative record; and issue a new decision.

    After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

Page 1    ORDER
            3:25-CV-05432-MLP

DATED this 9th day of September, 2025.

                                                               _MJPeterson_
                                                               MICHELLE L. PETERSON
                                                               United States Magistrate Judge

Presented by:

s/ Sarah Moum
Sarah Moum
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (206) 615-2936
Email: sarah.moum@ssa.gov